No. A–511.  MILLER *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Orange.  Application for bail pending appeal, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 35, Orig.  UNITED STATES *v.* MAINE ET AL.  Motion of Special Committee on Tidelands of National Association of Attorneys General for leave to file a brief as *amicus curiae* granted.

No. 73–1708.  BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. *v.* ALCALA ET AL.  C. A. 8th Cir.  [Certiorari granted, *ante*, p. 823.]  Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 73–1765.  MEEK ET AL. *v.* PITTENGER, SECRETARY OF EDUCATION, ET AL.  Appeal from D. C. E. D. Pa.  [Probable jurisdiction noted, *ante*, p. 822.]  Joint motion for additional time for oral argument granted, and a total of one and one-half hours allotted for oral argument.

No. 73–1808.  LAING *v.* UNITED STATES ET AL.  C. A. 2d Cir.  [Certiorari granted, *ante*, p. 824]; and
No. 74–75.  UNITED STATES ET AL. *v.* HALL.  C. A. 6th Cir.  [ Certiorari granted, *ante*, p. 824.]  Motion to consolidate for oral argument granted.

No. 73–1933.  UNITED STATES *v.* CITIZENS & SOUTHERN NATIONAL BANK ET AL.  Appeal from D. C. N. D. Ga.  [Probable jurisdiction noted, *ante*, p. 893.]  Motion of Independent Bankers Association of Georgia, Inc., for leave to file a brief as *amicus curiae* granted.